IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Judge Wiley Y. Daniel**

Civil Action No.  05-cv-01867-WYD-BNB

GILBERT DE WAYNE DAVIS,

    Plaintiff(s),

v.

CITIFINANCIAL AUTO CORPORATION, f/k/a ARCADIA FINANCIAL, LTD.; and CHASE HOME FINANCE, LLC,

    Defendant(s).

---

**MINUTE ORDER**

---

Petitioner's Motion to Strike Document #12 Filed October 6, 2005, which was filed on October 11, 2005, is **DENIED AS MOOT**.  Petitioner Davis advised the Clerk's Office that he intended to file this document in another pending case, and with the consent of this Court's chambers, Document #12 was terminated.

    Dated:  October 13, 2005

                                          s/ M. Brooke McKinley
                                          Law Clerk to
                                          Wiley Y. Daniel
                                          U. S. District Judge