IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Judge Wiley Y. Daniel**

Civil Action No.  05-cv-01867-WYD-BNB

GILBERT DE WAYNE DAVIS,

   Petitioner,

v.

CITIFINANCIAL AUTO CORPORATION,
fka ARCADIA FINANCIAL LTD, and
CHASE HOME FINANCE LLC,

   Respondents.

_____

**ORDER**
_____

THIS MATTER is before the Court on Petitioner's Motion for Reconsideration, Reinstatement, and for Leave to Supplement/Amend His Pleading Pursuant to Fed. R. Civ. P. 15(a), which was filed on November 1, 2005.  Therein, Petitioner requests that this Court reconsider its Order of October 27, 2005, which affirmed and adopted the recommendation of Magistrate Judge Boland.  That Order denied Petitioner's Motion for a TRO, denied Petitioner's Writ of Mandamus, and dismissed the case for lack of subject matter jurisdiction.

Upon review of the file and Petitioner's most recent motion, I find that no issues have been raised by Petitioner that would justify his requested relief.  Accordingly, it is

ORDERED that Petitioner's Motion for Reconsideration, Reinstatement, and for Leave to Supplement/Amend His Pleading Pursuant to Fed. R. Civ. P. 15(a), filed

November 1, 2005, is **DENIED**.  It is

FURTHER ORDERED that the Petitioner refrain from filing further redundant pleadings.

Dated:  November 10, 2005

BY THE COURT:

s/ Wiley Y. Daniel
Wiley Y. Daniel
U. S. District Judge